IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-00147-01-CR-W-HFS |
| | ) | |
| STEPHEN BROWN | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM TO COUNSEL

In this revocation proceeding, I imposed a term of imprisonment of eight months, "with a recommendation of no credit for time previously served on this case." I am advised that the Bureau of Prisons has cancelled designation of a place of service "due to over-served time." There seem to be three alternatives, (1) persuading or requiring the Bureau of Prisons to carry out my intentions, (2) amending the judgment to correct the record, which would require calculation of time served in custody and adding eight months, or (3) accepting the current situation, thereby forgiving the eight months of prison time that was intended.

I prefer the first two alternatives, but I suppose the next move would be for the United States Attorney.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

July 12, 2017

Kansas City, Missouri